### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**V.**                  **CASE NO. 3:05CV00005 GTE**

**GENIA D. KIRKLAND**                                                  **DEFENDANT**

### ORDER OF DISTRIBUTION

On July 13, 2005, at 10:00 a.m., at the South front door of the Crittenden County Courthouse, Marion, Arkansas, the United States Marshal offered for sale the lands described in the Judgment entered on April 18, 2005.  At such sale, Larry Russell and Darrick Russell were the highest and best bidders for the property, and the property was then sold to the said Larry Russell and Darrick Russell.

On July 18, 2005, the United States Marshal received Check No. 8145 in the amount of $1,600.00 from Mildred Russell, and on September 28, 2005, the United States Marshal received Check No. 4000-164681 in the amount of $14,700.20 from Larry Russell for payment in full for the property.  In accordance with the terms of the Judgment, it is hereby ORDERED that the United States Marshal transfer the above mentioned funds to the United States of America, U.S. Department of Agriculture, Rural Development, formerly known as Farmers Home Administration, 700 West Capitol, Room 3416, Little Rock, Arkansas 72201, and notify Fletcher Jackson, Assistant United States Attorney by sending copy of same.

                                         __/s/Garnett Thomas Eisele_____
                                         UNITED STATES DISTRICT JUDGE

                                         DATED: November 16, 2005