IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

V.                              CASE NO. 3:05CV00005 GTE

GENIA D. KIRKLAND                                                                           DEFENDANT

ORDER APPROVING MARSHAL'S DEED

On this day the United States Marshal for the Eastern District of Arkansas, produces to the Court his deed to the United States of America, acting by and through Larry Russell and Darrick Russell, the purchasers of the real property described in said deed, and upon examination of said deed, the same is, in all things, approved. A copy of the Marshal's Deed is attached hereto, and the Clerk of this Court is directed to file one copy of the Marshal's Deed together with this Order.

And the said United States Marshal acknowledges that he has executed said deed to the purchaser for the consideration and purposes therein mentioned and set forth; and it is **ORDERED** by the Court that a copy of this order be attached to said deed and certified by the Clerk under the seal of this Court to the end that the same may be entitled to record.

DATED:November 18, 2005

                                        __/s/Garnett Thomas Eisele_____
                                        UNITED STATES DISTRICT JUDGE



This Space Reserved For Recording Information

## MARSHAL'S DEED

**WHEREAS**, in a certain Civil Action No. 3:05CV00005 GTE pending in the United States District Court for the Eastern District of Arkansas, Jonesboro Division, wherein the United States of America was plaintiff and Genia D. Kirkland was defendant, a Judgment was entered on April 18, 2005, directing the foreclosure of a certain mortgage executed by Kenneth L. Kirkland and Genia D. Kirkland, Husband and Wife, to the United States of America, and ordering a sale of the property encumbered by said mortgage; and

**WHEREAS**, the undersigned United States Marshal for the Eastern District of Arkansas, duly conducted the sale authorized and directed in said Judgment; which sale was held at public auction on July 13, 2005, after advertisement for the time and in the manner prescribed in said judgment, and in all respects in accordance with the directions contained therein; and

**WHEREAS**, at said sale Larry Russell and Darrick Russell were the highest and best bidders, bidding for said property in the sum of $16,000.00, the property then being struck off to Larry Russell and Darrick Russell at that price; and

WHEREAS, such sale was duly reported to the above described Court;

NOW, THEREFORE, with the approval of and by direction of such Court, for the considerations aforesaid, and in order to carry into effect the sale conducted as aforesaid, the undersigned United States Marshal hereby grants, sells and conveys unto Larry Russell and Darrick Russell, joint tenants with right of survivorship, and their heirs and assigns, forever, all of the right, title, interest, equity and estate of all parties to this action in and to the following property situated in Crittenden, Arkansas, to wit:

> Lot 1 of the Replat of Parcel "C" of Beatties' Second Addition to the City of Earle, Arkansas, lying in the Southwest Quarter (SW1/4) of the Northwest Quarter (NW1/4) of Section 33, Township 8 North, Range 6 East, as shown by plat of record in Plat Book 2 at Page 375, subject to easements to the City of Earle, Arkansas, of record in Book 424 at page 345 and easement shown on recorded plat.

TO HAVE AND TO HOLD the said property unto the said Larry Russell and Darrick Russell, and their heirs and assigns, with all appurtenances thereunto belonging.

IN WITNESS WHEREOF, I have hereunto set my hand on this 5th day of October, 2005.

Ray. E. Carnahan
United States Marshal

PREPARED BY:
Fletcher Jackson
Assistant U. S. Attorney
P. O. Box 1229
Little Rock, AR 72203
(501) 340-2600

## ACKNOWLEDGMENT

STATE OF ARKANSAS )
COUNTY OF PULASKI )

BE IT REMEMBERED that on this day came before me, the undersigned, a notary public within and for the county and state aforesaid, duly commissioned, qualified and acting, Ray E. Carnahan, United States Marshal for the Eastern District of Arkansas, who stated and acknowledged to me that, pursuant to the judgment entered by the United States District Court for the Eastern District of Arkansas in the proceedings referred to therein, he had so signed and executed the foregoing Marshal's Deed for consideration, uses and purposes therein mentioned and set forth.

IN TESTIMONY WHEREOF, I have hereunto set my hand and seal as such notary public on this 5th day of October, 2005.

Gina Tomasiewicz, Notary Public

My Commission Expires:

